Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number
Timothy J. Silverman, Esq. [SBN. 145264]
Solomon, Grindle, Silverman & Spinella, APC
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: [858] 793-8500, Fax: [858] 793-8263

☐ *Individual appearing without counsel*
☒ Attorney for Movant                    8115.3956

FOR COURT USE ONLY

**FILED & ENTERED**

SEP 21 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

LAURA SHAI PRICHARD,

Debtor(s).

CHAPTER: 7

CASE NO.: 1:09-BK-19129-GM

DATE: September 10, 2009
TIME: 9:30 a.m.
CTRM: 303
FLOOR: 3rd

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: AMERICA'S SERVICING COMPANY duly authorized servicing agent for FIRST HORIZON HOME LOAN CORPORATION its successors and/or assigns)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*    8000 Draco Circle
   *Apartment/Suite No.:* 201
   *City, State, Zip Code:* Las Vegas, Nevada 89128

   Legal description or document recording number (including county of recording):

   ☒ See page 3 attached hereto.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 4001-10.RP**

| In re:<br>LAURA SHAI PRICHARD,<br>Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 1:09-BK-19129-GM |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.

   d. ☐ By virtue of the entry of this Order, the borrower's bankruptcy proceedings have now been finalized with regard to the subject property within the meaning of Calif. Civil Code Section 2923.5(h)(3).

   e. ☒ BY VIRTUE OF THE ENTRY OF THIS ORDER, THE BORROWER'S BANKRUPTCY PROCEEDINGS HAVE NOW BEEN FINALIZED WITH REGARD TO THE SUBJECT PROPERTY WITHIN THE MEANING OF CALIFORNIA CIVIL CODE SECTION 2923.5(h)(3).

###

DATED: September 21, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.RP

PARCEL ONE (1) (Common Elements):

One (1) allocated interest (except Association Property) as tenant in common in the Common Elements within Stage 3 of **CIMARON RIDGE PHASE 2, (a Condominium Development)**, as shown by map "Plat" thereof on file recorded on December 14, 1994 in Book 65 of Plats, page 34, Clark County, Nevada, Recorder. As stages are annexed, the allocated interest for each unit will be a fraction, the numerator of which will be One (1), and the denominator, of which will be the total of all units in all phases that become subject to the Declaration.

Excepting therefrom the following:

All Living Units and Association Property in Stage 3 of Cimarron Ridge, Phase 2, (a Condominium Development).

And reserving therefrom the following:

The right to possession of all those areas designated as Limited Common Elements as shown upon the Plat referred to above.

And further reserving therefrom for the benefit of the Owners of Condominiums in subsequent phases, non-exclusive easement on, over, and across the Association Areas as defined and shown upon the Plat referred to above for ingress, egress and recreational use, subject to the "Declaration" of Covenants, Conditions and Restrictions recorded on June 10, 1994 in Book 940610 as Instrument No. 00035, Clark County, Nevada, to which reference is hereafter made.

PARCEL TWO (2) (Living Unit):

Living Unit 69-2-C in Building Sixty-Nine (69), as shown upon the Condominium Plat as shown by map thereof on file in Book 65 of Plats, page 34, Clark County, Nevada, Recorder.

PARCEL THREE (3) (Limited Common Elements/Special Covenant):

The exclusive right to use, possession and occupancy of those portions of the Limited Common Elements described upon the Plat as Patios, and L.C.E. 2 (Limited Common Elements), which are appurtenant to and for the exclusive use of Parcel Two (2).

PARCEL FOUR (4) (Association Property):

A non-exclusive easement on and over the Association Property (as defined in the Declaration) for access, use, occupancy, enjoyment, ingress, egress and use of the amenities located thereon. Subject the terms and provisions of the Declaration. The easement is appurtenant to Parcel One (1), Two (2) and Three (3) above described. The Association Property is limited to use by owners and guests of the Units and is subject to the Declaration, rules and regulations of the Association.

PARCEL FIVE (5) (Phased Areas):

A non-exclusive easement for ingress, egress and recreational use on and over the Association Property of subsequent phases, which easement is appurtenant to PARCELS One (1), Two (2), and Three (3) described above. This easement shall be effective only until recordation prior to expiration of right to annex of the Declaration of Annexation declaring of non-annexed phases to be subject to the Declaration.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

| In re:<br>LAURA SHAI PRICHARD,<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:09-BK-19129-GM |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
12651 High Bluff Drive, Suite 300, San Diego, CA 92130

A true and correct copy of the foregoing document described **Order Granting Motion for Relief from the Automatic Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 11, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*First Class Postage Paid Mail*

Chambers of the Honorable Geraldine Mund
United States Bankruptcy Court
Central Division – San Fernando Valley
21041 Burbank Boulevard
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 11, 2009 | Debbie Reinhardt Gomez | /S/ Debbie Reinhardt Gomez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 4001-10.RP**

| In re: LAURA SHAI PRICHARD, Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 1:09-BK-19129-GM |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Motion for Relief from the Automatic stay** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  August 14, 2009 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Gerald J. Koh, Counsel for Debtor, gkoh@km-lawgroup.com
David Keith Gottlieb, Chapter 7 Trustee, dkgtrustee@horwathcal.com, CA5A@ecfcbis.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Timothy J. Silverman, Counsel for Movant, tim@sgsslaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Laura Shai Prichard
14315 Moorpark Street, #109
Sherman Oaks, CA 91423

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 4001-10.RP**